**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00680-CV

**RUSSELL B. VEASEY, Appellant**

**V.**

**LISA DELGADO VEASEY, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01065**

## ORDER

We **GRANT** appellee's September 5, 2013 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellee on September 4, 2013 filed as of the

date of this order.


/s/      DAVID LEWIS
         JUSTICE